## GRIFFITH *et al.* v. SELLERS.

GILBERT, J. "This case is controlled by the well settled rule, that where it does not appear that the verdict was demanded under the law and the evidence, the first grant of a new trial will not be disturbed, though based on a specified ground of the motion, without regard to the merit of such ground. *Smith* v. *Hightower,* 123 *Ga.* 110 (51 S. E. 28)." *Atlantic & Birmingham R. Co.* v. *Cobb,* 125 *Ga.* 121 (53 S. E. 591). "This court will not closely scrutinize the facts in evidence or endeavor to balance with great exactness the testimony on both sides with a view to detecting an abuse of discretion by the trial judge. The exercise of that discretion in favor of granting new trials should be encouraged." *Georgia Midland & Gulf R. Co.* v. *Curry,* 90 *Ga.* 250 (15 S. E.. 751). *Judgment affirmed. All the Justices concur.*

No. 7758. MAY 16, 1930.

*G. D. Griffith* and *C. J. Taylor,* for plaintiffs.

*F. S. Harrell,* for defendant.